THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY and Other Corporations, Respondent, against WILLIAM J. WEISE, as Tax Assessor of the City of White Plains, et al., Appellants.— Final order designated "final order and judgment" (one paper) entered upon the decision of an Official Referee, appointed to hear and determine in a consolidated certiorari proceeding to review tax assessments in the city of White Plains, reducing such assessments and directing refunds to relator, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

HERMAN SCHIERENBECK, Appellant, v. JOHN KRAUSS, INC., et al., Respondents, et al., Defendants.— The complaint contains two causes of action: (1) to establish plaintiff's equality of control in the corporate defendant, and for damages; (2) a stockholders' representative action for an accounting. Plaintiff appeals from an order directing that he separately state and number his causes of action, and striking certain paragraphs and parts of other paragraphs from the complaint. Order affirmed, with one bill of $10 costs and disbursements. Plaintiff's time to serve an amended complaint is extended until ten days after the entry of the order hereon. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

BENJAMIN SINGER, Respondent, v. TELE-TONE RADIO CORPORATION, Appellant.— In an action to recover a balance of salary claimed to be due under an oral agreement whereby defendant employed plaintiff, and which was terminable at will, defendant appeals from a judgment in favor of plaintiff. Judgment unanimously affirmed, with costs. It was for the jury to say whether the defendant gave a definite promise to pay compensation in addition to the weekly payments and whether plaintiff continued in its employ because of that promise. Likewise, it was for the jury to determine whether or not it was the intention of the parties that no part of the additional compensation should be payable unless plaintiff remained in the employ until the end of the year. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.